IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 14-4066-02-CR-C-BCW |
| SARAH MARIE DUNCAN, ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation denying Defendant's Motion to Quash Search Warrant and Suppress Evidence (Doc. #55). Defendant filed Objections to the Report and Recommendation (Doc. #95). After an independent review of the record, the applicable law, the parties' arguments, and notwithstanding defendant's objections, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order, and denies Defendant's Motion to Quash Search Warrant and Suppress Evidence.

IT IS SO ORDERED.

DATED: February 25, 2016        /s/ Brian C. Wimes
                                JUDGE BRIAN C. WIMES
                                UNITED STATES DISTRICT COURT